the absence of the jury on whether probable cause existed for the search. 38 Tex.Jur. 98, Sec. 68; and Maxwell v. State, 121 Tex.Cr.R. 190, 51 S.W.2d 334.

The judgment is reversed and remanded

Opinion approved by the court.

public road while intoxicated; the punishment, $100 fine.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear regular and nothing is presented for review by this court.

The judgment is affirmed.

---

**Clyde D. BRUNSON, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 27141.**

Court of Criminal Appeals of Texas.

Nov. 3, 1954.

No attorney on appeal, for appellant.

Wesley Dice, State's Atty., Austin, for the State.

PER CURIAM.

The conviction is for the misdemeanor offense of driving a motor vehicle upon a

---

**Lebron R. FIELDS, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 27008.**

Court of Criminal Appeals of Texas.

June 2, 1954.

Rehearing Denied Oct. 20, 1954.

